# Exhibit C

# TEXAS SECRETARY of STATE
# ROLANDO B. PABLOS

**UCC** | **Business Organizations** | **Trademarks** | **Notary** | **Account** | **Help/Fees** | **Briefcase** | **Logout**

### BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 801415714 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | April 22, 2011 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32044104449 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | Pace IV LLC | | |
| **Address:** | 620 W PARKER RD PLANO, TX 75075 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|
| **Name** | | **Address** | | **Inactive Date** | |
| Michael Pace | | 620 W. Parker Rd. Plano, TX 75075 USA | | | |

[Order]  [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

# TEXAS SECRETARY of STATE
# ROLANDO B. PABLOS

**UCC** | **Business Organizations** | **Trademarks** | **Notary** | **Account** | **Help/Fees** | **Briefcase** | **Logout**

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 801415714 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | April 22, 2011 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32044104449 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | Pace IV LLC | | |
| **Address:** | 620 W PARKER RD<br>PLANO, TX 75075 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|
| **View Image** | **Document Number** | **Filing Type** | **Filing Date** | **Effective Date** | **Eff. Cond** | **Page Count** |

| View Image | Document Number | Filing Type | Filing Date | Effective Date | Eff. Cond | Page Count |
|---|---|---|---|---|---|---|
| | 365195120031 | Certificate of Formation | April 22, 2011 | April 22, 2011 | No | 1 |
| | 379237320003 | Certificate of Assumed Business Name | July 26, 2011 | July 26, 2011 | No | 2 |
| | 439533740001 | Public Information Report (PIR) | December 31, 2012 | August 23, 2012 | No | 1 |
| | 502452460001 | Public Information Report (PIR) | December 31, 2013 | September 10, 2013 | No | 1 |
| | 564035470001 | Public Information Report (PIR) | December 31, 2014 | August 25, 2014 | No | 1 |
| | 633956390001 | Public Information Report (PIR) | December 31, 2015 | October 2, 2015 | No | 1 |

[Order]  [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

| | | |
|---|---|---|
| Secretary of State<br>P.O. Box 13697<br>Austin, TX 78711-3697<br>FAX: 512/463-5709<br><br>Filing Fee: $300 | <br><br>**Certificate of Formation**<br>**Limited Liability Company** | Filed in the Office of the<br>Secretary of State of Texas<br>Filing #: 801415714 04/22/2011<br>Document #: 365195120031<br>Image Generated Electronically<br>for Web Filing |

### Article 1 - Entity Name and Type

The filing entity being formed is a limited liability company. The name of the entity is:

**Pace IV LLC**

### Article 2 – Registered Agent and Registered Office

☐ A. The initial registered agent is an organization (cannot be company named above) by the name of:

OR

☑ B. The initial registered agent is an individual resident of the state whose name is set forth below:

Name:
**Michael    Pace**

C. The business address of the registered agent and the registered office address is:

Street Address:
**620 W. Parker Rd.    Plano  TX  75075**

### Consent of Registered Agent

☑ A. A copy of the consent of registered agent is attached. **500484744_RA.pdf**

OR

☐ B. The consent of the registered agent is maintained by the entity.

### Article 3 - Governing Authority

☐ A. The limited liability company is to be managed by managers.

OR

☑ B. The limited liability company will not have managers. Management of the company is reserved to the members. The names and addresses of the governing persons are set forth below:

Managing Member 1: **Michael    Pace**                Title: **Managing Member**

Address: **620 W. Parker Rd.   Plano  TX, USA  75075**

### Article 4 - Purpose

The purpose for which the company is organized is for the transaction of any and all lawful business for which limited liability companies may be organized under the Texas Business Organizations Code.

**Supplemental Provisions / Information**

[The attached addendum, if any, is incorporated herein by reference.]

**500484744_Consent.pdf**

### Organizer

The name and address of the organizer are set forth below.

**Miranda Wideman**     101 N. Brand Blvd., 11th Floor, Glendale, CA 91203

### Effectiveness of Filing

☑ A. This document becomes effective when the document is filed by the secretary of state.

**OR**

☐ B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its signing. The delayed effective date is:

### Execution

The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

**Miranda Wideman**

Signature of Organizer

FILING OFFICE COPY



Pace III Inc.
777 N. Grove Rd #109
Richardson, Tx 75081

April 8, 2011

I, (John E Pace III), (President) of Pace III Inc. give full consent/permission to (Michael R. Pace) for use of the name Pace IV LLC.

John E Pace III

Form 401-A
(Revised 12/09)



## Acceptance of Appointment
## and
## Consent to Serve as Registered Agent
## §5.201(b) Business Organizations Code

The following form may be used when the person designated as registered agent in a registered agent filing is an individual.

---

### Acceptance of Appointment and Consent to Serve as Registered Agent

I acknowledge, accept and consent to my designation or appointment as registered agent in Texas for

Pace IV LLC
*Name of represented entity*

I am a resident of the state and understand that it will be my responsibility to receive any process, notice, or demand that is served on me as the registered agent of the represented entity; to forward such to the represented entity; and to immediately notify the represented entity and submit a statement of resignation to the Secretary of State if I resign.

X: _[signature]_  Michael Pace  4/21/11
*Signature of registered agent*  *Printed name of registered agent*  *Date (mm/dd/yyyy)*

---

The following form may be used when the person designated as registered agent in a registered agent filing is an organization.

### Acceptance of Appointment and Consent to Serve as Registered Agent

I am authorized to act on behalf of _____
*Name of organization designated as registered agent*

The organization is registered or otherwise authorized to do business in Texas. The organization acknowledges, accepts and consents to its appointment or designation as registered agent in Texas for:

_____
*Name of represented entity*

The organization takes responsibility to receive any process, notice, or demand that is served on the organization as the registered agent of the represented entity; to forward such to the represented entity; and to immediately notify the represented entity and submit a statement of resignation to the Secretary of State if the organization resigns.

X: _____
*Signature of person authorized to act on behalf of organization*  *Printed name of authorized person*  *Date (mm/dd/yyyy)*



Office of the Secretary of State
Corporations Section
P.O. Box 13697
Austin, Texas 78711-3697
(Form 503)

Filed in the Office of the
Secretary of State of Texas
Filing #: 801415714  7/26/2011
Document #: 379237320003
Image Generated Electronically
for Web Filing

## ASSUMED NAME CERTIFICATE
## FOR FILING WITH THE SECRETARY OF STATE

1. The assumed name under which the business or professional service is or is to be conducted or rendered is:
**MIDAS**

2. The name of the entity as stated in its certificate of formation, application for registration, or comparable document is:
**Pace IV LLC**

3. The state, country, or other jurisdiction under the laws of which it was incorporated, organized or associated is **TEXAS** and the address of its registered or similar office in that jurisdiction is:
**620 W. Parker Rd., Plano, TX, USA 75075**

4. The period, not to exceed 10 years, during which the assumed name will be used is : **10 year(s)**

5. The entity is a : **Domestic Limited Liability Company (LLC)**

6. The entity's principal office address in Texas is:
**620 W PARKER RD, PLANO, TX, USA 75075**

7. The entity is not organized under the laws of Texas and is not required by law to maintain a registered agent and registered office in Texas. Its office address outside the state is:


8. The county or counties where business or professional services are being or are to be conducted or rendered under such assumed name are:
**ALL COUNTIES**

9. The undersigned, if acting in the capacity of an attorney-in-fact of the entity, certifies that the entity has duly authorized the attorney-in-fact in writing to execute this document. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument.

**Pace IV LLC**

**Name of the entity**

By: **MICHAEL PACE**

**Signature of officer, general partner, manager, representative or attorney-in-fact of the entity**

**FILING OFFICE COPY**

# TEXAS FRANCHISE TAX PUBLIC INFORMATION REPORT

Filing Number: 801415714

05-102
(Rev. 1-08/28)
FORM
■ Tcode 13196

(To be filed by Corporations and Limited Liability Companies (LLCS))
**This report MUST be filed to satisfy franchise tax requirements**

■ Taxpayer number: 32044104449

■ Report year:

**You have certain rights** under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at: (512) 463-4600, or (800) 252-1381, toll free nationwide.

Taxpayer name
**PACE IV LLC**

Mailing address
**620 W PARKER RD**

City: **PLANO**  State: **TX**  ZIP Code: **75075**  Plus 4: **2336**

Secretary of State file number or Comptroller file number: **0801415714**

○ Blacken circle if there are currently no changes or additions to the information displayed in Section A of this report. Then complete Sections B and C.

Entity's principal office

Principal place of business

*Please sign below!*

Officer, director and member information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or members change throughout the year.

3204410444908

**SECTION A** Name, title and mailing address of each officer, director or member.

| Name | Title | Director | Term expiration (m m d d y y) |
|---|---|---|---|
| MIKE PACE | OWNR | ○ YES | |
| Mailing address: 620 W. PARKER RD | City: PLANO | State: TEXAS | ZIP code: 75075 |
| Name | Title | ○ YES | |
| Mailing address | City | State | ZIP code |
| Name | Title | ○ YES | |
| Mailing address | City | State | ZIP code |
| Name | Title | ○ YES | |
| Mailing address | City | State | ZIP code |

**SECTION B** Enter the information required for each corporation or LLC, if any, in which this reporting entity owns an interest of ten percent (10%) or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of Ownership |
|---|---|---|---|
| | | | |
| | | | |

**SECTION C** Enter the information required for each corporation or LLC, if any, that owns an interest of ten percent (10%) or more in this reporting entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of Ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file. *(See instructions if you need to make changes)*

○ Blacken circle if you need forms to change the registered agent or registered office information.

Agent: **MICHAEL PACE**
Office: **620 W. PARKER RD.**  City: **PLANO**  State: **TX**  ZIP Code: **75075**

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or member and who is not currently employed by this, or a related, corporation or limited liability company.

sign here ►

Title:  Date: **05/08/2012**  Area code and phone number: **( 972 ) 423 - 5689**

Texas Comptroller Official Use Only

VE/DE ○  PIR IND ○



# Texas Franchise Tax Public Information Report

05-102
(Rev.9-11/30)

To be filed by Corporations, Limited Liability Companies (LLC) and Financial Institutions
**This report MUST be signed and filed to satisfy franchise tax requirements**

■ Tcode  13196  Franchise

■ Taxpayer number: 3 2 0 4 4 1 0 4 4 4 9

■ Report year: 2 0 1 3

*You have certain rights* under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381 or (512) 463-4600.

| Field | Value |
|---|---|
| Taxpayer name | PACE IV LLC |
| Mailing address | 620 W PARKER RD |
| City | PLANO |
| State | TX |
| ZIP Code | 75075 |
| Plus 4 | |
| Secretary of State (SOS) file number or Comptroller file number | 0801415714 |

● Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

*Please sign below!*

Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3204410444913

**SECTION A** Name, title and mailing address of each officer, director or manager.

| Name | Title | Director | Term expiration (mm dd yy) |
|---|---|---|---|
| MIKE PACE | OWNER | ○ YES | |
| Mailing address | City | State | ZIP Code |
| 620 W. PARKER RD | PLANO | TX | 75075 |
| Name | Title | Director | Term expiration |
| | | ○ YES | |
| Mailing address | City | State | ZIP Code |
| | | | |
| Name | Title | Director | Term expiration |
| | | ○ YES | |
| Mailing address | City | State | ZIP Code |

**SECTION B** Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

**SECTION C** Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file. *(see instructions if you need to make changes)*
○ Blacken circle if you need forms to change the registered agent or registered office information.

Agent: **MICHAEL PACE**

| Office | City | State | ZIP Code |
|---|---|---|---|
| 620 W. PARKER RD. | PLANO | TX | 75075 |

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

sign here ▶ Michael Pace | Title: Electronic | Date: 05-07-2013 | Area code and phone number: ( 972 ) 423 - 5689

**Texas Comptroller Official Use Only**

VE/DE ○    PIR IND ○

# Texas Franchise Tax Public Information Report

**05-102**
**(Rev.9-11/30)**
Tcode 13196 Franchise

To be filed by Corporations, Limited Liability Companies (LLC) and Financial Institutions
This report MUST be signed and filed to satisfy franchise tax requirements

■ Taxpayer number: 32044104449

■ Report year: 2014

You have certain rights under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381 or (512) 463-4600.

| Taxpayer name | PACE IV LLC | | | |
|---|---|---|---|---|
| Mailing address | 620 W PARKER RD | | | Secretary of State (SOS) file number or Comptroller file number |
| City PLANO | State TX | ZIP Code 75075 | Plus 4 | 0801415714 |

● Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office:
Principal place of business:

*Please sign below!*

Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3204410444914

**SECTION A** Name, title and mailing address of each officer, director or manager.

| Name | Title | Director | Term expiration (mm dd yy) |
|---|---|---|---|
| MIKE PACE | OWNER | ○ YES | |
| Mailing address: 620 W. PARKER RD | City: PLANO | State: TX | ZIP Code: 75075 |
| Name | Title | Director ○ YES | Term expiration |
| Mailing address | City | State | ZIP Code |
| Name | Title | Director ○ YES | Term expiration |
| Mailing address | City | State | ZIP Code |

**SECTION B** Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

**SECTION C** Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file. (see instructions if you need to make changes)
Agent: **MICHAEL PACE**
○ Blacken circle if you need forms to change the registered agent or registered office information.

| Office: 620 W. PARKER RD. | City: PLANO | State: TX | ZIP Code: 75075 |

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here ▶ Michael Pace | Title: Electronic | Date: 05-07-2014 | Area code and phone number: ( 972 ) 423 - 5689 |

**Texas Comptroller Official Use Only**

VE/DE ○    PIR IND ○

# Texas Franchise Tax Public Information Report

05-102
(Rev.9-11/30)

To be filed by Corporations, Limited Liability Companies (LLC) and Financial Institutions
**This report MUST be signed and filed to satisfy franchise tax requirements**

Tcode 13196 Franchise

■ Taxpayer number: 32044104449

■ Report year: 2015

*You have certain rights* under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381 or (512) 463-4600.

Taxpayer name: **PACE IV LLC**
Mailing address: **620 W PARKER RD**
City: **PLANO**  State: **TX**  ZIP Code: **75075**  Plus 4:
Secretary of State (SOS) file number or Comptroller file number: **0801415714**

● Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office: **620 W. Parker Rd Plano, TX 75075**
Principal place of business:

Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3204410444915

**SECTION A**  Name, title and mailing address of each officer, director or manager.

| Name | Title | Director | Term expiration (mm dd yy) |
|---|---|---|---|
| MIKE PACE | OWNER | ○ YES | |
| Mailing address: 620 W. PARKER RD | City: PLANO | State: TX | ZIP Code: 75075 |
| | | ○ YES | |
| Mailing address | City | State | ZIP Code |
| | | ○ YES | |
| Mailing address | City | State | ZIP Code |

**SECTION B**  Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

**SECTION C**  Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file. *(see instructions if you need to make changes)*
○ Blacken circle if you need forms to change the registered agent or registered office information.

Agent: **MICHAEL PACE**
Office: **620 W. PARKER RD.**  City: **PLANO**  State: **TX**  ZIP Code: **75075**

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

sign here ▶ **Michael Pace**  Title: **Electronic**  Date: **05-14-2015**  Area code and phone number: **( 972 ) 423 - 5689**

**Texas Comptroller Official Use Only**

VE/DE ○   PIR IND ○

# TEXAS SECRETARY of STATE
# ROLANDO B. PABLOS

UCC | Business Organizations | Trademarks | Notary | Account | Help/Fees | Briefcase | Logout

BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| Filing Number: | 801415714 | Entity Type: | Domestic Limited Liability Company (LLC) |
| Original Date of Filing: | April 22, 2011 | Entity Status: | In existence |
| Formation Date: | N/A | | |
| Tax ID: | 32044104449 | FEIN: | |
| Duration: | Perpetual | | |
| Name: | Pace IV LLC | | |
| Address: | 620 W PARKER RD PLANO, TX 75075 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|
| Name | | Name Status | Name Type | Name Inactive Date | Consent Filing # |
| Pace IV LLC | | In use | Legal | | |

[Order]  [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

# TEXAS SECRETARY of STATE
# ROLANDO B. PABLOS

UCC | Business Organizations | Trademarks | Notary | Account | Help/Fees | Briefcase | Logout

BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 801415714 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | April 22, 2011 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32044104449 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | Pace IV LLC | | |
| **Address:** | 620 W PARKER RD  PLANO, TX 75075 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|
| **Last Update** | **Name** | | **Title** | **Address** | |
| August 23, 2012 | MIKE PACE | | OWNER | 620 W. PARKER RD PLANO, TX 75075 USA | |

[Order] [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

# TEXAS SECRETARY of STATE
# ROLANDO B. PABLOS

UCC | Business Organizations | Trademarks | Notary | Account | Help/Fees | Briefcase | Logout

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 801415714 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | April 22, 2011 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32044104449 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | Pace IV LLC | | |
| **Address:** | 620 W PARKER RD<br>PLANO, TX 75075 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|
| **Assumed Name** | **Date of Filing** | **Expiration Date** | **Inactive Date** | **Name Status** | **Counties** |
| MIDAS | July 26, 2011 | July 26, 2021 | | Active | All Counties |

[Order] [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

# TEXAS SECRETARY of STATE
# ROLANDO B. PABLOS

UCC | Business Organizations | Trademarks | Notary | Account | Help/Fees | Briefcase | Logout

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 801415714 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | April 22, 2011 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32044104449 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | Pace IV LLC | | |
| **Address:** | 620 W PARKER RD<br>PLANO, TX 75075 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | **ASSOCIATED ENTITIES** |
|---|---|---|---|---|---|
| **Name** | **Entity Type** | **Document Description** | **Filing Date** | **Entity Filing Number** | **Jurisdiction** | **Capacity** |
| There are no documents listed for this entity which match your inquiry. | | | | | | |

[Order]  [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.