IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| PACE IV, LLC <br> *Plaintiff* <br> v. <br><br> DEPOSITORS INSURANCE COMPANY <br> *Defendant* | § <br> § <br> § <br> § CIVIL ACTION NO. 4:17-cv-636-ALM <br> § <br> § <br> § |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Pace IV, LLC ("Plaintiff") and Defendant Depositors Insurance Company ("Defendant") hereby files this Agreed Stipulation of Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiff filed suit against Defendant related to an insurance claim for property damage allegedly caused by a hailstorm which occurred on or about March 23, 2016.

2. Plaintiff and Defendant have since resolved their differences to their mutual satisfaction, including the pending controversy regarding the proposed amended pleading to add a party to this lawsuit.

3. Plaintiff moves to dismiss the entire suit with prejudice. Defendant agrees to the dismissal.

4. This case is not a class action, and a receiver has not been appointed.

5. This dismissal is with prejudice. The parties will bear their own costs of suit.

*Signatures on following page.*

Respectfully submitted,

| | |
|---|---|
| *Heather E. Hall* (signature) | /s/ Patrick M. Kemp |
| Heather E. Hall | Patrick M. Kemp |
| Texas Bar No. 24089909 | Texas Bar No. 24043751 |
| heather@mma-pllc.com | pkemp@smsm.com |
| James M. McClenny | Robert R. Russell |
| Texas Bar No. 24091857 | Texas Bar No. 24056246 |
| james@mma-pllc.com | rrussell@smsm.com |
| J. Zachary Moseley | Segal McCambridge Singer & Mahoney |
| Texas Bar No. 24092863 | 100 Congress Avenue, Suite 800 |
| zach@mma-pllc.com | Austin, TX 78701 |
| McClenny Mosley & Associates, PLLC | (512) 476-7834 |
| 411 N. Sam Houston Parkway E., Suite 200 | (512) 476-7832 – Facsimile |
| Houston, Texas 77060 | |
| 713-334-6121 | **ATTORNEYS FOR DEFENDANT** |
| 713-322-5953 – Facsimile | |

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served electronically via CM/ECF on this the 11th of June, 2018 to:

Heather E. Hall
James M. McClenny
J. Zachary Moseley
McClenny Moseley & Associates, PLLC
411 N. Sam Houston Parkway E., Suite 200
Houston, Texas 77060

*/s/ Patrick M. Kemp*
Patrick M. Kemp