IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| PACE IV, LLC | § | |
|     *Plaintiff* | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 4:17-cv-636 |
| | § | |
| DEPOSITORS INSURANCE COMPANY | § | |
|     *Defendant* | § | |

**ORDER GRANTING AGREED STIPULATION OF DISMISSAL WITH PREJUDICE**

Came to be considered the Agreed Stipulation of Dismissal with Prejudice urged by Plaintiff Pace IV, LLC and Defendant Depositors Insurance Company. The Court, having read the Agreed Stipulation, is of the opinion that the Stipulation should be, and hereby is, GRANTED.

IT IS THEREFORE ORDERED that all claims made in this lawsuit are hereby dismissed with prejudice to re-filing and that this matter is CLOSED.

**SIGNED this the 21st day of June, 2018.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE